United States District Court
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5                               OAKLAND DIVISION

6

7    MICHAEL HOLLINS,
                                                No. C 13-6013 PJH (PR)
8                    Plaintiff,
                                                **ORDER OF DISMISSAL**
9           v.

10   GREG MUNKS, et. al.,

11                   Defendants.
                                          /
12

13          This is a civil rights case filed pro se by a prisoner.  In a prior review order the court

14   found that plaintiff had failed to state a claim and dismissed the complaint with leave to

15   amend after discussing the deficiencies of the complaint.  The time to amend has passed

16   and plaintiff has not filed a second amended complaint or otherwise communicated with the

17   court.[1]  This case is **DISMISSED** for the reasons stated in the prior order.

18          **IT IS SO ORDERED.**

19   Dated: October 30, 2014.

                                          _____
20                                           PHYLLIS J. HAMILTON
                                             United States District Judge
21   G:\PRO-SE\PJH\CR.13\Hollins6013.dwlta.wpd

22

23

24

25

26
_____

27      [1]  Plaintiff proceeds with six different actions in the court and has not responded to
     motions or orders in any of his cases that require a response.  Mail sent to plaintiff at Maguire
28   Correctional Facility has been returned to the court as undeliverable since August 2014,
     because jail officials report that plaintiff is no longer in custody.  See Docket No. 15.